FILED
2017 NOV 21 PM 2:09
CLERK
U.S. DISTRICT COURT

Scott M. Petersen, #7599
**FABIAN VANCOTT**
215 South State Street, Ste. 1200
Salt Lake City, Utah 84151
Telephone: (801) 531-8900
spetersen@fabianvancott.com

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THOMAS J. and LAURIE J., individually and as guardians of J.J., a minor, | § § § ORDER FOR § *PRO HAC VICE* ADMISSION § (Michael H. Bernstein) |
| Plaintiffs, | § |
| vs. | § CIVIL NO. 2:17-cv-00282 BSJ § |
| UNITED HEALTHCARE OF CALIFORNIA, UNITED BEHAVIORAL HEALTH, and the UNITEDHEALTH GROUP EMPLOYEE BENEFIT PLAN, | § § § § § |
| Defendants. | § |

It appearing to the Court that Petitioner meets the *pro hac vice* admission requirements of D.U. Civ. Rule 83-1.1(d), the motion for the admission *pro hac vice* of Michael H. Bernstein in the United States District Court, District of Utah, in the subject case is GRANTED.

Dated this 21st day of November, 2017.

HON. JUDGE BRUCE S. JENKINS
UNITED STATES DISTRICT JUDGE